**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **JBM Janitorial Maintenance, Inc.** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-4920711** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**  **7002 Hillsboro St**  **Houston, TX 77020**  Number, Street, City, State & ZIP Code  **Harris**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: | |

Debtor  **JBM Janitorial Maintenance, Inc.**                                  Case number (*if known*)  _____
         Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **Viridiana Garcia Martinez**                Relationship   **Owner**

District **Southern District Of Texas**   When **5/23/18**   Case number, if known _____

Debtor      **JBM Janitorial Maintenance, Inc.**                                Case number (*if known*) _____
            Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name    _____
         Phone           _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **JBM Janitorial Maintenance, Inc.**    Case number (*if known*)
          Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 23, 2018**
              MM / DD / YYYY

X **/s/ Viridiana Garcia Martinez**                **Viridiana Garcia Martinez**
  Signature of authorized representative of debtor   Printed name

Title  **Owner**

**18. Signature of attorney**

X **/s/ Jessica Lee Hoff**                Date  **May 23, 2018**
  Signature of attorney for debtor              MM / DD / YYYY

**Jessica Lee Hoff 24093963**
Printed name

**Hoff Law Offices, P.C.**
Firm name

**14 Inverness Drive East, Suite 236**
**Englewood, CO 80112**
Number, Street, City, State & ZIP Code

Contact phone  **3038034438**    Email address  **jhoff@hofflawoffices.com**

**24093963 TX**
Bar number and State

Barri Financial Group
9800 Center Parkway suite 700
HOUSTON, TX 77036

Barri Financial Group
9800 Center Parkway suite 700
HOUSTON, TX 77036

CASH EXPRESS
2322 WIRT RD.
HOUSTON, TX 77055

CESAR PAOLA HERNANDEZ
818 RICHCREST DR APT# 216
HOUSTON, TX 77060

chase bank
340 S. CLEVELAND AVE. BLDG 370
WESTERVILLE, OH 43081

Comcast Business
9602 S 300 W. STE B
SANDY, UT 84070

DEBORAH RIVERA
702 BRENDA ST
HOUSTON, TX 77076

Great Southwest Paper Co. Inc
P.O Box 15618
HOUSTON, TX 77220

```
krm
525 N Sam houston parkway E
houston, TX 77060




LABOR FORCE
525 N Sam houston parkway E SUITE 246
houston, TX 77060




LABOR FORCE
525 N Sam houston parkway E SUITE 246
houston, TX 77060




LABOR FORCE
525 N Sam houston parkway E SUITE 246
houston, TX 77060




LABOR FORCE
525 N Sam houston parkway E SUITE 246
houston, TX 77060




LABOR FORCE
525 N Sam houston parkway E SUITE 246
houston, TX 77060




LAURA LOZOYA
2302 WARWICK
HOUSTON, TX 77093




LIBERTY MUTUAL INSURANCE
9450 SEWARD ROAD
FAIRFIELD, OH 45014
```

Merchant Cash & Capital
1250 Kirts Blvd Ste 100
Troy, MI 48084


MOORE & ASSOCIATES
440 LOUISIANA ST SUITE 675
HOUSTON, TX 77002


nova health care
po box 840066
dallas, TX 75284


nova healthcare
110 cypress station, suite 152
HOUSTON, TX 77090


PLS Check Cashers of Texas, L.P.
800 Jorie Boulevard 2nd Floor
Oak Brook,, IL 60523


SPARKLETTS
6750 DISCOVERY BLVD
MABLETON, GA 30126


STARTEX POWER
PO. BOX 4911
HOUSTON, TX 77210


STATE COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149359
AUSTIN, TX 78714

```
TC JESTER EMERGENCY CENTER, LLC
PO. BOX 821028
HOUSTON, TX 77282



TC JESTER EMERGENCY CENTER, LLC
PO. BOX 821028
HOUSTON, TX 77282



TEXAS WORK FORCE COMISSION
101 E. 15TH STREET RM 556
AUSTIN, TX 78778



Vernon Capital Grp LLC
c/o Law Office of Nosson T. Abrams
30 Wallstreet 8th Floor
New York, NY 10005
```

# United States Bankruptcy Court
## Southern District of Texas

In re **JBM Janitorial Maintenance, Inc.**     Case No.
Debtor(s)     Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **JBM Janitorial Maintenance, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 23, 2018** | **/s/ Jessica Lee Hoff** |
| Date | **Jessica Lee Hoff 24093963** |
| | Signature of Attorney or Litigant |
| | Counsel for **JBM Janitorial Maintenance, Inc.** |
| | **Hoff Law Offices, P.C.** |
| | **14 Inverness Drive East, Suite 236** |
| | **Englewood, CO 80112** |
| | **3038034438 Fax:3036486648** |
| | **jhoff@hofflawoffices.com** |