UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS



ENTERED
09/06/2018

In Re: JBM Janitorial Maintenance, Inc.

**Debtor(s)**

Case No.: 18–32691

Chapter: 7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Lowell T Cage is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 9/6/18

_____
MARVIN ISGUR
United States Bankruptcy Judge